# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br><br>YOAN MATEO-CARDONA<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)          24-CR-04088<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  November 7, 2024  in the county of  Woodbury  in the  Northern  District of  Iowa , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326(a) | found after illegal re-entry |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Deportation Officer Christopher Green, ICE
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone or other reliable electronic means.

Date:  11/20/2024

*Judge's signature*

Northern District of Iowa

Kelly K.E. Mahoney, Chief U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT OF DEPORTATION OFFICER CHRISTOPHER N. GREEN IN SUPPORT OF ARREST WARRANT

I, Christopher N. Green (affiant), after being duly sworn, depose and state as follows:

## AGENT BACKGROUND

1. I am a duly appointed Deportation Officer (DO) with the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE). I have been employed with this agency since July 2017. On January 25, 2018, I graduated from the Basic Enforcement and Removal Operations ICE Academy located at the Federal Law Enforcement Training Center in Glynco, Georgia (GA), where I was trained on immigration laws, policies, and procedures. Before I was employed with ICE, I was employed with the Bureau of Prisons (BOP) from 2013-2017, and with the United States Navy from 2007-2012. I am responsible for conducting criminal and civil investigations of violations of the Immigration and Nationality Act (INA), which relate to an alien's right to presence and employment in the United States.

2. All of the statements and information contained in this affidavit are based upon: my review of investigative reports prepared by law enforcement officers with knowledge of the facts recited; upon my conversations with law enforcement officers having personal knowledge of the pertinent facts; and upon my review of official documents and records maintained by the United States. Based thereon, all of the statements and information contained herein are true and correct to the best of my knowledge, information, and belief.

3. The information contained in this affidavit does not include all of the facts I know about this investigation. Rather, it contains only the facts necessary to establish probable cause to believe that Yoan Mateo-Cardona (defendant) has violated Title 8, U.S.C. Section 1326(a), illegal re-entry.

1

Case 5:24-cr-04088-KEM    Document 2    Filed 11/20/24    Page 2 of 4

## FACTS ESTABLISHING PROBABLE CAUSE

4. On November 07, 2024, the defendant was arrested in the Northern District of Iowa, in Woodbury County, Iowa for dominion and control of a firearm/offensive weapon by a domestic abuser and public intoxication. Defendant was released before ICE could conduct an interview to determine alienage. An investigation conducted by affiant revealed defendant is a citizen of Guatemala and was previously removed from the United States on one (1) previous occasion.

5. On November 12, 2024, a biometric hit confirmation was received on the Alien Criminal Response Information Management System (ACRIME). A positive match of fingerprints identified defendant as Yoan Mateo-Cardona. As a result of the positive match of fingerprints, affiant was able to identify and locate a unique DHS alien registration file and an FBI number relating to defendant. Defendant's alien registration file contains photographs, fingerprints, and immigration documents identifying defendant as a citizen and national of Guatemala. Alien registration file records, databases, and indices revealed defendant was removed from the United States prior to being found in Northern District of Iowa in 2024. The records also confirmed defendant is an alien who has been removed from the United States to Guatemala on one (1) previous occasion, July 06, 2022. A search of DHS indices failed to produce any record of an application for lawful entry or lawful admission into the United States by or on the behalf of defendant.

## CONCLUSION

6.  Based on the foregoing facts, and my experience and training, probable cause exists that Yoan Mateo-Cardona (defendant) violated Title 8, United States Code, Section 1326(a), in that defendant, an alien, was found in Woodbury County, Iowa, after having been last removed from the United States on July 06, 2022, and returned to the United States without having first obtained the consent of the Secretary of Homeland Security prior to his return.

DATED this 20th day of November 2024.

Christopher N. Green
Deportation Officer
Immigration and Customs Enforcement

SUBSCRIBED and SWORN to before me this 20th day of November 2024.

Kelly K.E. Mahoney
UNITED STATES CHIEF MAGISTRATE JUDGE
Northern District of Iowa

3